MICHAEL BAILEY
United States Attorney
District of Arizona

ERICA L. SEGER
Assistant U.S. Attorney
Arizona State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: erica.seger@usdoj.gov
Attorneys for Plaintiff

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

2020 NOV 12  P 4:39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-02526 TUC-JCH(EJM)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No: |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO:  18 U.S.C. § 371 (Conspiracy) Count 1 |
| 1. Juan Carlos Rubio, aka Charley (Counts 1, 2, 3, 4) | 18 U.S.C. § 554 (Smuggling Goods From the United States) Count 2 |
| | 18 U.S.C. §§ 922(a)(6), 924(a)(2) & 2 (False Statements in Connection with Acquisition of Firearm and Aiding and Abetting) Counts 3-4 |
| 3. Lorena Rodriguez, (Counts 1, 2, 4) | |
| Defendants. | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

### COUNT ONE

### CONSPIRACY

From a time unknown to on or about February 18, 2020, in the District of Arizona and elsewhere, Defendants JUAN CARLOS RUBIO, [REDACTED] and LORENA RODRIGUEZ did knowingly and intentionally combine,

conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, object and article contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a).

## Purpose of the Conspiracy

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms, ammunition and other objects from the United States into the Republic of Mexico. The firearms, ammunition and other objects smuggled or intended to be smuggled in the course of this conspiracy include:

- one DPA RPDS 7.62mm belt-fed rifle, serial number RPDS011751.
- one KMP Classic Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial number 2335
- one Zastava NPAP DF 7.62x39 mm rifle, serial number NPDF003447
- 500 AK-47 magazines

## The Means and Methods of the Conspiracy

The means and methods employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain Defendants and/or co-conspirators would purchase firearms, ammunition and other objects in the District of Arizona and elsewhere.

It was a further part of the conspiracy that Defendants and/or co-conspirators who purchased the firearms, ammunition and other objects made the purchases on behalf of other co-conspirators.

It was a further part of the conspiracy that Defendants and/or co-conspirators would provide the funds and directions to the purchasing Defendants and/or co-conspirators to purchase firearms, ammunition and other objects involved in the conspiracy.

It was a further part of the conspiracy that Defendants and/or their co-conspirators would provide the funds, instructions, and means of transportation and concealment to facilitate the purchase of these firearms, ammunition and other objects.

It was a further part of the conspiracy that Defendants and/or their co-conspirators would transport these firearms, ammunition and other objects within the District of Arizona with the knowledge that the firearms and ammunition were intended to ultimately be transported from the United States into the Republic of Mexico, and/or transport the firearms and ammunition from the United States into the Republic of Mexico.

It was a further part of the conspiracy that Defendants and/or their co-conspirators did not have any valid license or other authority to export the firearms and ammunition from the United States into the Republic of Mexico.

### Overt Acts

In furtherance of the conspiracy, one or more of Defendants and/or their co-conspirators committed, or caused to be committed, the overt acts described below:

On or about January 4, 2020, JUAN CARLOS RUBIO won a bid for a DPA RPDS 7.62mm belt-fed rifle, serial number RPDS011751 for $3075.00 from www.gunbroker.com based on directions provided to him by                    and other co-conspirators, for the purpose of smuggling the firearm from the United States to Mexico.

On January 11, 2020,                                       and JUAN CARLOS RUBIO entered the United States separately, through Nogales, Arizona.

On or about January 11, 2020, JUAN CARLOS RUBIO purchased a money order to provide to the seller of the DPA RPDS 7.62mm belt-fed rifle, serial number RPDS011751 with funds provided to him by

*United States of America v. Rubio, et al*
*Indictment Page 3 of 7*

On January 18, 2020, JUAN CARLOS RUBIO traveled to James 410, LLC., a licensed dealer of firearms, and picked up the DPA RPDS 7.62mm belt-fed rifle, serial number RPDS011751.

On January 18, 2020,                                          entered the United States in Nogales, Arizona.

On January 22, 2020, LORENA RODRIGUEZ purchased 250 AK-47 magazines from Classic Firearms.

On January 23, 2020, JUAN CARLOS RUBIO purchased 250 AK-47 magazines from Classic Firearms.

On January 25, 2020,                                          entered the United States in Nogales, Arizona.

On or about January 27, 2020, LORENA RODRIGUEZ packed the AK-47 magazines in a red suitcase to transport them to Nogales, Arizona to meet                                          and other co-conspirators, for the purpose of smuggling the AK-47 magazines from the United States to Mexico.

On January 27, 2020,                                          entered the United States through the pedestrian port-of-entry in Nogales, Arizona.

On January 31, 2020, JUAN CARLOS RUBIO purchased a Zastava NPAP DF 7.62x39 mm rifle, serial number NPDF003447, for $700 from a private seller with funds provided by and at the direction of

On February 1, 2020,                                          entered the United States in Nogales, Arizona.

On February 3, 2020,                                          entered the United States in Nogales, Arizona.

Prior to February 6, 2020, JUAN CARLOS RUBIO and                                          contacted LORENA RODRIGUEZ and offered her $2000 to purchase a firearm for                                          LORENA RODRIGUEZ traveled to

*United States of America v. Rubio, et al*
*Indictment Page 4 of 7*

Nogales, Arizona to pick up the cash and was instructed to bring the firearm to Nogales after she purchased it for transport into Mexico.

On February 6, 2020, LORENA RODRIGUEZ purchased a KMP Classic Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial number 2335 for $3650 via www.gunbroker.com.

On February 6, 2020, JUAN CARLOS RUBIO provided LORENA RODRIGUEZ with instructions on how to complete the purchase of the KMP Classic Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial number 2335.

On February 18, 2020, LORENA RODRIGUEZ traveled to Liberty Pawn Shop, a licensed dealer of firearms, and picked up the KMP Classic Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial number 2335.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

### SMUGGLING GOODS FROM THE UNITED STATES

Between on or about January 1, 2020 and on or about February 18, 2020, in District of Arizona, Defendants JUAN CARLOS RUBIO, and LORENA RODRIGUEZ did fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, or object, that is:

- one DPA RPDS 7.62mm belt-fed rifle, serial number RPDS011751
- one KMP Classic Arms Inc. Model 1919A4, 7.62x39 mm belt-fed firearm, serial number 2335
- one Zastava NPAP DF 7.62x39 mm rifle, serial number NPDF003447
- 500 AK-47 magazines

which is contrary to the laws and regulations of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, and did receive, conceal, buy, sell and did in any manner facilitate the transportation, concealment, and sale of such merchandise, article, and object,

prior to exportation, knowing the same to be intended for exportation, which is contrary to the laws and regulations of the United States;

All in violation of Title 18, United States Code, Section 554.

## COUNT THREE

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about January 18, 2020, in the District of Arizona, Defendant JUAN CARLOS RUBIO, in connection with the acquisition of a firearm, that is one DPA RPDS 7.62mm belt-fed rifle, serial number RPDS011751; from James 410, LLC., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to James 410, LLC., which statement was intended to deceive James 410, LLC. as to a fact material to the lawfulness of such sale of the said firearm to JUAN CARLOS RUBIO under Chapter 44 of Title 18, in that JUAN CARLOS RUBIO, stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about February 18, 2020, in the District of Arizona, Defendant LORENA RODRIGUEZ, in connection with the acquisition of a firearm, that is one KMP Classic Arms Inc. Model 1919A4, 7.62x51 mm belt-fed firearm, serial number 2335; from Liberty Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Liberty Pawn Shop, which statement was intended to deceive Liberty Pawn Shop as to a fact material to the lawfulness of such sale of the said firearm to LORENA RODRIGUEZ under Chapter 44 of Title 18, in that LORENA RODRIGUEZ, stated that she was the actual transferee/buyer of said firearm when in fact she was acquiring the firearm on behalf of JUAN CARLOS

*United States of America v. Rubio, et al*
*Indictment Page 6 of 7*

RUBIO and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and JUAN CARLOS RUBIO aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) and 2.

A TRUE BILL

/s/

_____
FOREPERSON OF THE GRAND JURY
Date: November 12, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

ERICA L. SEGER
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE